### WILLIAM ELLIGOOD v. H. SMITH and WILLIAM BONESS, Executors of James Lowry.

Court of Common Pleas. April, 1794.

*Wilson's Red Book, 34.*

*James P. Wilson* for defendants.

*William Peery* for plaintiff.

The Court are of opinion that an action of trover is not maintainable against executors for a conversion in the lifetime of the testator, considering the law on that subject to be well settled in the case of *Hambly against Trott* reported in Cowp. 375.

·(Signed and *vide* the records.)

RICHARD BASSETT
THOMAS MCDONOUGH
DANIEL RODNEY